IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD L. WILLIAMS, | ) |
| Petitioner, | ) Case No. 3:08-00048 |
| | ) Chief Judge Haynes |
| v. | ) |
| ROLAND COLSON, Warden, | ) |
| Respondent. | ) |

## ORDER

In accordance the Memorandum filed herewith the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED with prejudice**. The Court **GRANTS** Petitioner a Certificate of Appealability under 28 U.S.C. § 2253(c) on all of his claims.

This is the Final Order on this action.

It is so **ORDERED.**

ENTERED this the _17th_ day of January, 2014.

William J. Haynes, Jr.
Chief United States District Judge